■ In the Matter of WILLIAM McKETHAN, Petitioner, v SERGEANT LOMBARDI et al., Respondents. [652 NYS2d 960] —Application for an order pursuant to CPLR article 78 denied and the petition dismissed, without costs, and without prejudice to commencement of a proceeding in Supreme Court, upon proper service of respondents, after petitioner has exhausted his administrative remedies. No opinion. Concur—Murphy, P. J., Rosenberger, Ellerin and Wallach, JJ.